O
JS-6

# United States District Court
# Central District of California

| | |
|---|---|
| ISLAND SONG, LLC,<br><br>        Plaintiff,<br><br>    v.<br><br>BRUCE SANDS, DOES 1–10 INCLUSIVE,<br><br>        Defendants. | Case No. 2:16-cv-02462-ODW(JC)<br><br>**ORDER GRANTING PLAINTIFF'S MOTION FOR REMAND [9]** |

      Plaintiff Island Song brings suit against Defendant Bruce Sands in an unlawful detainer action under section 1161a of the California Code of Civil Procedure. (Not. of Removal 8–10 ("Compl."), ECF No. 1.) The Complaint was originally filed in the Los Angeles Superior Court on December 7, 2015. (*Id.*) Defendant then removed the action to this Court on April 11, 2016, claiming that federal jurisdiction was proper under this Court's diversity jurisdiction, 28 U.S.C. § 1332. (Not. of Removal, ECF No. 1). Plaintiff filed a Motion to Remand the action on June 14, 2016, and amended its Motion on June 16, 2016. (ECF Nos. 9–10.) The Motion was noticed for a hearing on July 18, 2016. (*Id.*) Defendant has not filed an Opposition to the Motion.

Local Civil Rule 7-9 requires a party opposing a motion to file an opposition or statement of non-opposition at least twenty-one days before the noticed hearing date. Where a party does not oppose a Motion for Remand, the Court may grant the remand. *See* Local Rule 7-9, 7-12; *cf. Nomura v. Amazon.com, Inc.*, No. C-11-01210 HRL, 2013 WL 4928229, at *3 (N.D. Cal. Sept. 12, 2013) ("Nonopposition alone is sufficient to grant [a] motion . . . ."). With a hearing date of July 18, 2016, Defendant's opposition was due June 27, 2016—yet Defendant did not file a timely opposition. Therefore, the Court **GRANTS REMAND** this case back to the Los Angeles Superior Court (Case No. 15P08334).

**IT IS SO ORDERED.**

June 29, 2016

_____
                **OTIS D. WRIGHT, II
             UNITED STATES DISTRICT JUDGE**